UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| VASILIY EVSTEGNEEV, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:15-cv-194-DBH |
| | ) | |
| MARY MAYHEW, Commissioner of the | ) | |
| Maine Department of Health and Human | ) | |
| Services, MANON LAFRANCE, and | ) | |
| KIDSPEACE NATIONAL CENTERS | ) | |
| OF NEW ENGLAND, INC., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## JUDGMENT

In accordance with the Sealed Order on Defendants' Motions to Dismiss, issued on March 18, 2016 by U.S. Chief District Judge Nancy Torresen, and also in accordance with the Sealed Order on Defendants' Motions to Dismiss, issued on July 1, 2016 by U.S. Chief District Nancy Torresen; JUDGMENT is hereby entered in favor of defendants, Mary Mayhew, Commissioner of the Maine Department of Health and Human Services, Manon LaFrance and Kidspeace National Centers of New England, Inc., against the plaintiff, Vasiliy Evstegneev.

Christa K. Berry
Clerk of Court

By:

/s/ Melody Whitten
Melody Whitten
Deputy Clerk

Dated: July 1, 2016